# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING TRUELAKE CULTURE DEVELOPMENT LIMITED,<br><br>    Petitioner,<br><br>    v.<br><br>TENCENT MUSIC ENTERTAINMENT GROUP,<br><br>    Respondent. | Case No. 22-mc-80312-WHO<br><br>**ORDER TO SHOW CAUSE** |

On November 17, 2022, petitioner Beijing TrueLake Culture Development Ltd. filed an ex parte application for an order authorizing discovery for use in foreign proceedings, seeking permission to serve a subpoena on respondent Tencent Music Entertainment Group. Dkt. No. 1. The case was assigned to Magistrate Judge Donna M. Ryu, who ordered that the petitioner serve the application and her Order on the respondent by no later than December 2, 2022, and file proof of service. Dkt. No. 5. She also ordered the respondent to file any response to the application by December 16, 2022. *Id*. After the petitioner declined to proceed before a magistrate judge, the case was reassigned to me, with those deadlines intact. *See* Dkt. Nos. 6, 8.

As of today, no proof of service or response to the application have been filed. The petitioner is hereby ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute. The petitioner may expunge this Order to Show Cause by filing a proof of service **by January 10, 2023**. Any response from the respondent is due **by January 24, 2023**. The petitioner shall serve the respondent with a copy of this Order and Judge Ryu's Order along with the initial application.

**IT IS SO ORDERED.**

Dated: December 20, 2022



William H. Orrick
United States District Judge