UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING TRUELAKE CULTURE DEVELOPMENT LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>TENCENT MUSIC ENTERTAINMENT GROUP,<br><br>    Defendant. | Case No. 22-mc-80312-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 18 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: February 21, 2023

_____
WILLIAM H. ORRICK
United States District Judge